# Exhibit D

**Wallace, Jordan, Ratliff & Brandt LLC**
*Attorneys at Law*

### Sun Hong Foods, Inc. v Outstanding Foods, Inc.

**Claim Amounts Calculated Through:** 11/18/2019
**PACA Creditor / Claimant:** Sun Hong Foods, Inc.
**Debtor:** Outstanding Foods, Inc.
**Payment Terms:** Net 30
**Interest Rate:** 1.5 % per mon. (18% APR)
**Attorneys' Fees & Costs:** Yes

| Invoice Number | Date of Invoice or Shipment | Date Trust Notice Given | Date Payment Due | No. of Days Past Due | Invoice Amount | Payments Received | Invoice Amount Due | Accrued Interest (through date of chart) | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|---|
| 63631 | 05/07/19 | 05/07/19 | 06/06/19 | 165 | $ 39.75 | $ - | $ 39.75 | $ 3.28 | $ 43.03 |
| 63827 | 05/21/19 | 05/21/19 | 06/20/19 | 151 | $ 39.75 | $ - | $ 39.75 | $ 3.00 | $ 42.75 |
| 65168 | 08/06/19 | 08/06/19 | 09/05/19 | 74 | $ 23,320.00 | $ - | $ 23,320.00 | $ 862.84 | $ 24,182.84 |
| 65255 | 08/20/19 | 08/20/19 | 09/19/19 | 60 | $ 1,050.00 | $ - | $ 1,050.00 | $ 31.50 | $ 1,081.50 |
| 65505 | 08/27/19 | 08/27/19 | 09/26/19 | 53 | $ 42,400.00 | $ - | $ 42,400.00 | $ 1,123.60 | $ 43,523.60 |
| 65506 | 08/27/19 | 08/27/19 | 09/26/19 | 53 | $ 1,050.00 | $ - | $ 1,050.00 | $ 27.83 | $ 1,077.83 |
| 65768 | 09/12/19 | 09/12/19 | 10/12/19 | 37 | $ 42,400.00 | $ - | $ 42,400.00 | $ 784.40 | $ 43,184.40 |
| 65769 | 09/12/19 | 09/12/19 | 10/12/19 | 37 | $ 1,050.00 | $ - | $ 1,050.00 | $ 19.43 | $ 1,069.43 |
| 65846 | 09/19/19 | 09/19/19 | 10/19/19 | 30 | $ 42,400.00 | $ - | $ 42,400.00 | $ 636.00 | $ 43,036.00 |
| 65847 | 09/19/19 | 09/19/19 | 10/19/19 | 30 | $ 1,050.00 | $ - | $ 1,050.00 | $ 15.75 | $ 1,065.75 |
| 65873 | 10/03/19 | 10/03/19 | 11/02/19 | 16 | $ 42,400.00 | $ - | $ 42,400.00 | $ 339.20 | $ 42,739.20 |
| 65874 | 10/10/19 | 10/10/19 | 11/09/19 | 9 | $ 42,400.00 | $ - | $ 42,400.00 | $ 190.80 | $ 42,590.80 |
| 65108 | 08/06/19 | 08/06/19 | 09/05/19 | 74 | $ 19,080.00 | $ - | $ 19,080.00 | $ 705.96 | $ 19,785.96 |
| 65170 | 07/31/19 | 07/31/19 | 08/30/19 | 80 | $ 42,400.00 | $ - | $ 42,400.00 | $ 1,696.00 | $ 44,096.00 |
| 65875 | 10/17/19 | 10/17/19 | 11/16/19 | 2 | $ 42,400.00 |  | $ 42,400.00 | $ 42.40 | $ 42,442.40 |
| 65171 | 08/14/19 | 08/14/19 | 09/13/19 | 66 | $ 42,400.00 | $ - | $ 42,400.00 | $ 1,399.20 | $ 43,799.20 |
| 65231 | 08/20/19 | 08/20/19 | 09/19/19 | 60 | $ 42,400.00 | $ - | $ 42,400.00 | $ 1,272.00 | $ 43,672.00 |
|  |  |  |  |  | $ 428,279.50 | $ - | $ 428,279.50 | $ 2,052.05 | $ 430,331.55 |

| | |
|---:|---:|
| **Principal Amount:** | $ 428,279.50 |
| **Accrued Interest:** | $ 2,052.05 |
| **Attorneys' Fees & Costs** *(estimated through 11/12/19)*: | + $ 11,058.46 |
| Expense related to product | $9,846.21 |
| **Total PACA Trust Amount Claimed:** | **$ 451,236.22** |



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2019 | 65168 (LA) |

| Bill To |
|---|
| Outstanding Foods, Inc
615 Hampton Drive,
Suite C101
Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods
20237 Masa St,
Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
|  |  | 8/6/2019 |  | Net 30 | 9/5/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 19360 lbs (China)  container #16 | 1 | 23,320.00 | 23,320.00 |

Driver: _____  Time Left: _____  Time Arrive: _____

**Total** $23,320.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts, including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 8/27/2019 | 65505 (LA) |

| Bill To |
|---|
| Outstanding Foods, Inc |
| 615 Hampton Drive, |
| Suite C101 |
| Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods |
| 20237 Masa St, |
| Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 8/27/2019 | | Net 30 | 9/26/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China)  container #21 OOLU6456090 | 1 | 42,400.00 | 42,400.00 |

Driver: _____   Time Left: _____   Time Arrive: _____

**Total** $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged:_____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 9/12/2019 | 65768 (LA) |

| Bill To |
|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 9/12/2019 | | Net 30 | 10/12/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China)  container #22 oolu6432539 | 1 | 42,400.00 | 42,400.00 |

Driver: _____  Time Left: _____  Time Arrive: _____

**Total** $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 9/19/2019 | 65846 (LA) |

| Bill To |
|---|
| Outstanding Foods, Inc |
| 615 Hampton Drive, |
| Suite C101 |
| Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods |
| 20237 Masa St, |
| Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
|  |  | 9/19/2019 |  | Net 30 | 10/19/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China)  container #23 OOLU6161648 | 1 | 42,400.00 | 42,400.00 |

Driver: _____   Time Left: _____   Time Arrive: _____

**Total**   $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered : _____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 10/3/2019 | 65873 (LA) |

| Bill To |
|---|
| Outstanding Foods, Inc |
| 615 Hampton Drive, |
| Suite C101 |
| Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods |
| 20237 Masa St, |
| Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 10/3/2019 | | Net 30 | 11/2/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China) container #24 | 1 | 42,400.00 | 42,400.00 |

Driver: _____   Time Left: _____   Time Arrive: _____

**Total** $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged:_____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 10/10/2019 | 65874(LA) |

| Bill To |
|---|
| Outstanding Foods, Inc |
| 615 Hampton Drive, |
| Suite C101 |
| Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods |
| 20237 Masa St, |
| Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
|  |  | 10/10/2019 |  | Net 30 | 11/9/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China)  container #25 coming | 1 | 42,400.00 | 42,400.00 |

Driver:              Time Left:              Time Arrive:

**Total**      $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged: _____

Driver Signature: _____



# Sun Hong Foods, Inc

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 10/17/2019 | 65875(LA) |

| Bill To |
|---|
| Outstanding Foods, Inc
615 Hampton Drive,
Suite C101
Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods
20237 Masa St,
Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
|  |  | 10/17/2019 |  | Net 30 | 11/16/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China)  container #26
3200 cs
coming | 1 | 42,400.00 | 42,400.00 |

Driver:          Time Left:          Time Arrive:

**Total** $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts, including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged: _____

Driver Signature: _____

# Sun Hong Foods, Inc

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 8/27/2019 | 65506 |

| Bill To | Ship To |
|---|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 | Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
|  |  | 8/27/2019 |  | Net 30 | 9/26/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| Other | Storage fee for King Oyster Container -   OOLU6456090 | 30 | 35.00 | 1,050.00 |

Driver:     Time Left:     Time Arrive:

**Total**     **$1,050.00**

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered : _____
Total Pallets Exchanged: _____
Driver Signature: _____



**Sun Hong Foods, Inc**
1105 W Olympic Blvd
Montebello, CA 90640
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 5/21/2019 | 63827 |

| Bill To | Ship To |
|---|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 | Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 5/21/2019 | | Net 30 | 6/20/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2008 | King Oyster Mushrooms (11lb) China 2L | 3 | 13.25 | 39.75 |

Driver: Time Left: Time Arrive:

**Total** $39.75

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered : _____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 9/19/2019 | 65847 |

| Bill To | Ship To |
|---|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 | Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 9/19/2019 | | Net 30 | 10/19/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| Other | Storage fee for King Oyster Container -   OOLU6161648 | 30 | 35.00 | 1,050.00 |

Driver:           Time Left:             Time Arrive:

**Total**     $1,050.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchage. Thank you for understaning.
Total Pallets Delivered :_____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**
P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 8/20/2019 | 65255 |

| Bill To | Ship To |
|---|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 | Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
|  |  | 8/20/2019 |  | Net 30 | 9/19/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| Other | Storage fee for King Oyster Container -   OOLU6480060 | 30 | 35.00 | 1,050.00 |

Driver:        Time Left:        Time Arrive:

**Total**   $1,050.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 9/12/2019 | 65769 |

| Bill To |
|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
|  |  | 9/12/2019 |  | Net 30 | 10/12/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| Other | Storage fee for King Oyster Container -   OOLU6432539 | 30 | 35.00 | 1,050.00 |

Driver: _____   Time Left: _____   Time Arrive: _____

**Total**  $1,050.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered : _____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**
1105 W Olympic Blvd
Montebello, CA 90640
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2019 | 63631 |

| Bill To | Ship To |
|---|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 | Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 5/7/2019 | | Net 30 | 6/6/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 11lbs (China)<br>Take from Container #5 | 3 | 13.25 | 39.75 |

Alejando Reyes / Deliver LA / 1054

Driver: _____  Time Left: _____  Time Arrive: _____

**Total**  $39.75

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered : _____
Total Pallets Exchanged: _____

Driver Signature: _____

# Sun Hong Foods, Inc

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 8/6/2019 | 65108 |

| Bill To | Ship To |
|---|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 | Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 8/6/2019 | | Net 30 | 9/5/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 15840 lbs (China) container #16 | 1 | 19,080.00 | 19,080.00 |

Driver:           Time Left:           Time Arrive:

**Total**   $19,080.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2019 | 65170 |

| Bill To | Ship To |
|---|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 | Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 8/26/2019 | | Net 30 | 8/30/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China) container #18<br>3200 cs | 1 | 42,400.00 | 42,400.00 |

Driver: _____ Time Left: _____ Time Arrive: _____

**Total** $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered :_____
Total Pallets Exchanged:_____

Driver Signature: _____

# Sun Hong Foods, Inc

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 8/14/2019 | 65171 |

| Bill To |
|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 9/3/2019 | | Net 30 | 9/13/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China) container #19<br>3200 CS | 1 | 42,400.00 | 42,400.00 |

Driver: _____ Time Left: _____ Time Arrive: _____

**Total** $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaring.
Total Pallets Delivered : _____
Total Pallets Exchanged: _____

Driver Signature: _____



**Sun Hong Foods, Inc**

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Invoice

| Date | Invoice # |
|---|---|
| 8/20/2019 | 65231 |

| Bill To |
|---|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice, CA 90291 |

| Ship To |
|---|
| Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. Number | Rep | Ship | Via | Terms | Due Date |
|---|---|---|---|---|---|
| | | 9/11/2019 | | Net 30 | 9/19/2019 |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 2001 | King Oyster 35200 lbs (China) container #20<br><br>3200 cs | 1 | 42,400.00 | 42,400.00 |

Driver: _____  Time Left: _____  Time Arrive: _____

**Total** $42,400.00

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

A Pallet Fee of $6 / Pallet will be charged on this invoice, if the trucker does not bring back pallets for exchange. Thank you for understaing.
Total Pallets Delivered : _____
Total Pallets Exchanged: _____

Driver Signature: _____

**FORCE-940 Stanford LLC(formerly ArcStan**
1324 E. 15th St, Ste 200
Los Angeles, CA  90021
U.S.A.

Voice:  213-747-0000
Fax:    213-746-2100

# INVOICE

Invoice Number:  153
Invoice Date:    Sep 1, 2019
Page:            1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| IVAN LAO dba Sun Hong Foods, LLC<br>940 STANFORD UNIT 6B<br>LOS ANGELES, CA  90021<br>USA | IVAN LAO dba Sun Hong Foods, LLC<br>940 STANFORD UNIT 6B<br>LOS ANGELES, CA  90021<br>USA |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| 6B- IVAN LAO | | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | RENT | | 5,320.00 |
| | OPERATING EXPENCE | | 2,800.00 |
| | REFRIGERATION MAINTANCE | | 130.00 |
| | ELECTRICAL USE | | 1,596.21 |
| | 6916kwh x 0.2308 | | |

| | | |
|---|---|---|
| Subtotal | | 9,846.21 |
| Sales Tax | | |
| Total Invoice Amount | | 9,846.21 |
| Payment/Credit Applied | | |
| TOTAL | | 9,846.21 |

Check/Credit Memo No: