Kathryn S. Diemer, Esq.
DIEMER & WEI, LLP
100 W. San Fernando Street. Suite 555
San Jose, California 95113
Tel: (408) 971-6270
E-mail: kdiemer@diemerwei.com

Jason R. Klinowski, Esq.
(*Pro Hac Vice Forthcoming*)
WALLACE JORDAN RATLIFF
& BRANDT LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: (205) 847-0371
E-mail: jklinowski@wallacejordan.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUN HONG FOODS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OUTSTANDING FOODS, INC., WILLIAM "BILL" GLASER, and DAVID "DAVE" ANDERSON, each individually, and DOES 1 through 10.<br><br>Defendants. | Case No. 2:19-cv-10121<br><br>**DECLARATION OF JASON R. KLINOWSKI IN SUPPORT OF APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT**<br><br>Date: January 22, 2020<br>Time: 10:00 a.m.<br>Place: 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 590.<br>Judge: Hon. Rozella A. Oliver |

### DECLARATION OF JASON R. KLINOWSKI

1. The following matters are of my own personal knowledge and if called upon to testify to the matters stated herein, I could and would competently testify thereto.

1

2. I am a member of the law firm of Wallace, Jordan, Ratliff & Brandt, LLC, located at 800 Shades Creek Parkway, Suite 400, Birmingham, Alabama 35209, lead counsel for Plaintiff Sun Hong Foods, Inc.

3. Plaintiff has incurred, or will incur during the course of my representation, an estimated $11,058.46 in attorneys' fees through my office. This amount is fair and reasonable based upon my education and experience, and in light of the geographic region in which I practice.

I declare under penalty of perjury by the laws of the United States of America that the foregoing is true and correct. Executed this day, December 16, 2019, at Birmingham, Alabama.

*/s/ Jason R. Klinowski*

Jason R. Klinowski