Kathryn S. Diemer, Esq.
DIEMER & WEI, LLP
100 W. San Fernando Street. Suite 555
San Jose, California 95113
Tel: (408) 971-6270
E-mail: kdiemer@diemerwei.com

Jason R. Klinowski, Esq.
(*Pro Hac Vice Forthcoming*)
WALLACE JORDAN RATLIFF
& BRANDT LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: (205) 847-0371
E-mail: jklinowski@wallacejordan.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUN HONG FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OUTSTANDING FOODS, INC., WILLIAM "BILL" GLASER, and DAVID "DAVE" ANDERSON, each individually, and DOES 1 through 10. <br><br> Defendants. | Case No. 2:19-cv-10121 <br><br> **DECLARATION OF KATHRYN S. DIEMER IN SUPPORT OF APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT** |

## DECLARATION OF KATHRYN S. DIEMER

1. The following matters are of my own personal knowledge and if called upon to testify to the matters stated herein, I could and would competently testify thereto.

1

2. I am a partner at the law firm of Diemer and Wei, LLP, located at 100 West San Fernando Street, Suite 555, San Jose, CA 95113, local counsel for Plaintiff Sun Hong Foods, Inc.

3. Plaintiff incurred, through the actions of my office, court costs of **$400** in filing the complaint in this case.

4. I have expended approximately (6) hours in the preparation of the Complaint and this Application for Writ of Attachment. My hourly rate is $550, which is fair and reasonable in light of my experience and in light of the geographic region in which I practice. My associate, Alexander Lewicki, has expended approximately (14.8) hours in the preparation of the Complaint and this Application for Writ of Attachment. His hourly rate is $300, which is fair and reasonable in light of his education and experience. In total, Plaintiff has incurred attorneys' fees of **$7,740** through my office.

I declare under penalty of perjury by the laws of the United States of America that the foregoing is true and correct. Executed this day, December 16th, 2019, at San Jose, California.

/s/ *Kathryn S. Diemer*

Kathryn S. Diemer