| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Diemer & Wei, LLP<br>Kathryn S. Diemer, SBN #133977<br>100 W. San Fernando Street, Suite 555, San Jose, CA 95113<br>TELEPHONE NO.: (408) 971-6270<br>E-MAIL ADDRESS (Optional): kdiemer@diemerwei.com  FAX NO. (Optional): (408) 971-6271<br>ATTORNEY FOR (Name): Sun Hong Foods, Inc. | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 255 E. Temple St.
MAILING ADDRESS: Los Angeles, CA 90012
CITY AND ZIP CODE: Western Division - Roybal Federal Building and United States Courthouse
BRANCH NAME:

PLAINTIFF: Sun Hong Foods, Inc.

DEFENDANT: Outstanding Foods, Inc., et al.

| WRIT OF ATTACHMENT<br>☑ AFTER HEARING  ☐ EX PARTE | CASE NUMBER:<br>2:19-cv-10121 |
|---|---|

1. ☑ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☑ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☑ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   Outstanding Foods, Inc.

   and the attachment is to secure: $ 461,994.45.

5. Name and address of plaintiff: Sun Hong Foods, Inc.
   1105 W Olympic Blvd.
   Montebello, CA 90640

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
   Any property of Defendant Outstanding Foods, Inc., who is not a natural person.

   ☐ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

8. ☐ The real property on which the
   ☐ crops described in item 6 __ are growing
   ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date:  Clerk, by _____, Deputy

Page 1 of 1

CV-04D (05/18)
(AT-135 [Rev. January 1, 2003])
**WRIT OF ATTACHMENT**
**(Attachment)**
Code of Civ. Proc., § 488.010