UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 19-10121-RAO                                      Date:  January 13, 2020
Title:     Sun Hong Foods, Inc. v. Outstanding Foods, Inc. et al.

Present:   The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**       (In Chambers) **ORDER SETTING BRIEFING SCHEDULE**

This action was filed on November 26, 2019.  Dkt. No. 1.  The case has been assigned to the undersigned magistrate judge pursuant to this district's Direct Assignment of Civil Cases to Magistrate Judges Program.  Dkt. No. 4.  On December 16, 2019, Plaintiff Sun Hong Foods, Inc. ("Plaintiff") filed an Application for Writ of Attachment ("Application") against Defendant Outstanding Foods, Inc. ("Outstanding Foods").  Dkt. No. 7.  The Application notices a hearing for January 22, 2020 at 10:00 a.m.  *Id.*  On January 10, 2020, the Court issued an order directing the parties to file a status report on the Application.

On January 13, 2020, the parties filed a stipulation to continue the hearing on the Application.  Dkt. No. 16.  The parties have agreed that Defendant's opposition will be due February 5, 2020 and Plaintiff's reply will be due February 10, 2020.  *Id.*  The parties have also agreed to continue the hearing on the Application to February 12, 2020 at 10:00 a.m.  *Id.*

In light of the stipulation, the Court **VACATES** the January 22, 2020 hearing on the Application.  Defendant's opposition shall be due by **February 5, 2020**, and Plaintiff's reply shall be due by **February 10, 2020**.  Because the case may be reassigned to a district judge prior to the proposed hearing date, the Court will not set a continued hearing date at this time.  If the case remains assigned to the undersigned, the Court will set a hearing date.

**IT IS SO ORDERED.**

                                                                                          :
                                                    Initials of Preparer         dl