JACOB M. HARPER (State Bar No. 259463)
  jharper@dwt.com
JAMES H. MOON (State Bar No. 268215)
  jamesmoon@dwt.com
ARLEEN C. FERNANDEZ (State Bar No. 318205)
  arleenfernandez@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendants*
*OUTSTANDING FOODS, INC., WILLIAM "BILL" GLASER*
*AND DAVID "DAVE" ANDERSON*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SUN HONG FOODS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OUTSTANDING FOODS, INC., WILLIAM "BILL" GLASER, and DAVID "DAVE" ANDERSON, each individually, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:19-cv-10121 PSG(MAAx)<br>Assigned to the Hon. Philip S. Gutierrez<br><br>**DECLARATION OF WILLIAM GLASER**<br><br>Hearing:     February 12, 2020<br>Time:         10:00 a.m.<br>Courtroom:  590<br><br>Complaint Filed:  November 26, 2019 |

## DECLARATION OF WILLIAM GLASER

I, William Glaser, declare as follows:

1.      The following matters are of my own personal knowledge and if called upon to testify to the matters stated herein, I could and would competently testify thereto.

2.      I am the Chief Executive Officer of Outstanding Foods, Inc.

3.      Outstanding Foods is an innovative food company that sells plant-based foods.  One such product is a meatless bacon chip made from mushrooms.

4.      Outstanding Foods and Sun Hong purportedly entered into an agreement for Sun Hong to supply mushrooms to Outstanding Foods, and for such mushrooms to be delivered to Outstanding Foods' manufacturer, Warnock Food Products, Inc.

5.      For a shipment not in dispute here, Sun Hong issued an invoice with an invoice date of 7/18/2019, a "ship" date of 8/16/2019 (nearly a month later), and a "due date" for payment of 8/17/2019.  Outstanding Foods' records from Warnock indicate Warnock received this product on 8/16/2019.  A true and correct copy of Sun Hong's invoice and Warnock Food Products' invoice is attached hereto as **Exhibit 1.**

6.      For many of the Sun Hong invoices where the invoice and ship date match, Outstanding Foods has not been able to confirm that the product was actually delivered *at all* or that such delivery occurred on the date in Sun Hong's invoices.  (Referencing Compl, Ex. D, Invoices 65168, 65505, 65768, 65846, 65873, 65874, 65875).

7.      I am informed and believe that in early August 2019, an employee of Outstanding Foods cancelled the orders for two shipments of mushrooms.  Jay Ding, on behalf of Sun Hong, confirmed the cancellation on August 8.  A true and correct copy of this text message is attached hereto as **Exhibit 2**.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

8.     I am informed and believe that an employee of Outstanding Foods cancelled two additional shipments on September 9.  A true and correct copy of this email is attached hereto as **Exhibit 3**.

9.     On information and belief, Sun Hong failed to mitigate its damages by not attempting to resell the mushrooms, or is now seeking duplicative damages for monies it was able to recover from reselling the mushrooms.

10.     I specifically asked Jay Ding to share records with Outstanding Foods showing that Sun Hong either attempted to resell the mushrooms or had to dispose of them.  Mr. Ding did not provide such records.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this  5th  day of February 2020, at  Los Angeles, CA  .

William Glaser

DECLARATION OF WILLIAM GLASER
4851-5736-2867v.2 0114998-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 1

DUPLICATE

# PURCHASE ORDER

# WARNOCK
## FOOD PRODUCTS, INC

**BILL TO:**
Warnock Food Products, Inc.
20237 Masa Street
Madera, CA 93638
(559) 661-4845

| PO # | REV |
|------|-----|
| 70009819 | 000 |

| DATE | 8/19/2019 |
|------|-----------|
| PAGE # | 1 |

| Vendor ID |
|-----------|
| OUTSTAN |

**TO:**
Outstanding Foods
Natalia Domestico
615 Hampton Drive
Suite C101
Venice, CA 90291
USA

**SHIP TO:**
Warnock Food Products, Inc.
20237 Masa Street
Madera, CA 93638
(559) 661-4845

**BUYER:**
Christian Macias

| CONFIRMING | TERMS | SHIP VIA | CLT | PPD | FOB | TAXABLE | INSPECTION |
|------------|-------|----------|-----|-----|-----|---------|------------|
| | Net 30 | DELIVERED | | X | | NO | |

| BUYER | VENDOR CONTACT | REQUISITIONER | SHIP INSTRUCTIONS | REMARKS |
|-------|----------------|---------------|-------------------|---------|
| CM | Ph#310-735-0505 | | | |

| LN | DL | QUANTITY | UOM REV | PART NUMBER / PART DESCRIPTION | UNIT PRICE | EXT PRICE | DUE DATE |
|----|----|----------|---------|-------------------------------|------------|-----------|----------|
| 01 | 01 | 35,200.00 | LB | 134526 OFMushrooms | 0.0000 | 0.0000 | RECEIVED |
| 01 | | NOTE 01: | | quantity was 35,200 | | | |

| | GRAND TOTAL | $ | 0.0000 |
|--|-------------|---|--------|

AUTHORIZED SIGNATURE

# INCOMING INGREDIENTS EXAMINATION RECORD

TRUCKING COMPANY: _OPTI_

RECEIVED DATE: _8/16/19_

RECEIVED FROM: _Outstanding Food_

WARNOCK PO#: _70009819_

| LTL: YES_____ NO_____ |
| --- |
| Comments: |
| **WHIP** |

SEAL# _N/A_

SEAL INTACT: YES_____ NO _X_

LOCK# (IF PROVIDED): YES_____ NO _X_

## TRAILER INSPECTION: MUST VERIFY AND CHECK OFF

TRAILER # _5806_   WHEELS CHOCKED: _/_   FLOOR: _/_   CEILING: _/_   ODOR: _/_   WALLS: _/_   DOORS: _/_

ACCEPTED: _X_   REJECTED: _____   *REASON: _____

| RAW MATERIAL DESCRIPTION | ITEM # | LOT # | PLT QTY | QTY & WEIGHT |
| --- | --- | --- | --- | --- |
| King Oyster Mushroom | N/A | 2588 | 52 | 35,200 LB |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FILM RECEIVED TO BE REVIEWED  BY: _N/A_   Date: _N/A_

**RAW MATERIAL INSPECTION**

| | YES | NO | |
| --- | --- | --- | --- |
| ALLERGENS: | YES | (NO) | * IF YES, WHAT IS THE COLOR CODE: _N/A_ |
| RAW MATERIAL VERIFIED (FROM LABEL BOOK) | YES | (NO) | |
| VISIBLE INSECTS: | YES | (NO) | |
| VISIBLE RODENT EXCRETION: | YES | (NO) | * IF YES ON ANY, PLEASE DESCRIBE: _N/A_ |
| ANY SIGNS OF TAMPERING | YES | (NO) | |

| REFRIGERATED TEMPERATURE: _33_ | RANGE: 32 to 40 DEGREES |
| --- | --- |

**100 % INSPECTION RESULTS:** (GOOD)  BAD   * IF BAD DESCRIBE: _N/A_

WAREHOUSE SIGNATURE: _Anthony Rodriguez_   DATE: _8/16/19_

**PALLET EXCHANGE - QTY. RECEIVED:** _52_   **QTY. GIVEN:** _0_

Revision Date: 03/28/19
W.F.P. 20237 Masa St. Madera, CA 93638

Version No. 10
Page 1 of 1

Doc. No. WHF-03
Revised By: KV/CM



Sun Hong Foods, Inc

P.O Box 8784
Rowland Heights, CA 91748
FAX: 626 773 8188

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 7/18/2019 | 65169 |

| Bill To |
|---------|
| Outstanding Foods, Inc<br>615 Hampton Drive,<br>Suite C101<br>Venice. CA 90291 |

| Ship To |
|---------|
| Warnock Foods<br>20237 Masa St,<br>Madera, CA 93638 |

| P.O. No. | Ship | Via | Rep | Terms | Due Date |
|----------|------|-----|-----|-------|----------|
|  | 8/16/2019 |  |  | Net 30 | 8/17/2019 |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 1 | 2001 | King Oyster 35200 lbs (China)  container #17    3260  CS |

*Thank you for your business*

Driver:            Time Left:            Time Arrive:

All claims and return must be made with in 24 hours of purchase or must be returned for credit. No adjustments are permissible without seller's written permission. Past due accounts subject to interest charge off 1.5% per month (18% annually). Buyer agree to pay all cost of any action taken collect overdue accounts including, but not limited to court costs, reasonable attorney's fees and/or cost of collection, shall be borne by purchaser. The jurisdiction remains in the city of Los Angeles, California until all goods are paid in full.
"The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over there commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sales of these commodities until full payment is received."

# EXHIBIT 2



**Thu, Aug 8**, 8:04 PM

Sorry for the late notice. We already cancelled 2 containers. Around end of Aug and early spetember. There won't be shipments coming in.

**Thu, Aug 8**, 9:28 PM

Ok - sounds good. Thank you Jay

**Mon, Aug 12**, 2:55 PM

Hi Dave, I wanted to talk with you about something. Nothing offensive. Zhanna is asking me for Factory Address, some of these stuff are very sensitive and we dont want to share. Just like the time I ask Bill for some Chips to bring back to



# EXHIBIT 3

**REDACTED**

---------- Forwarded message ---------
From: **Zhanna Godkin** <zhanna@outstandingfoods.com>
Date: Tue, Sep 17, 2019 at 9:43 AM
Subject: Re: Mushroom Containers - Halt 2
To: Jay Ding <jay@sunhongfoods.com>


Jay

Is this producing 8/29 & 9/5 or arriving to LA these days?

On Tue, Sep 17, 2019 at 9:42 AM Jay Ding <jay@sunhongfoods.com> wrote:
 I told the china factory around 8/8/2019
 They cancelled 2 containers for the week of  8/29/19 and 9/5/19



 On Tue, Sep 17, 2019 at 9:19 AM Jay Ding <jay@sunhongfoods.com> wrote:
  Will do. will look at the record and get back to you. Thank you.

  On Tue, Sep 17, 2019 at 9:11 AM Zhanna Godkin <zhanna@outstandingfoods.com> wrote:
   Jay,

   Please let me know the dates of the first 2 that were cancelled. We were expecting those to not arrive at end
   of August, early September.

   On Tue, Sep 17, 2019 at 8:47 AM Jay Ding <jay@sunhongfoods.com> wrote:
    Total 4 cancelled.
    The 2 containers already taken into effect.
    Right now the other 2 is taking into effect around
    10/30 Cancelled
    11/05 Cancelled

    On Mon, Sep 16, 2019 at 2:17 PM Zhanna Godkin <zhanna@outstandingfoods.com> wrote:
     Jay

     Can you please let me know when the 2 others cancelled by Dave didn't come in?

Your text said "around end of August and early September. There won't be shipments coming in."

We just want to make sure there were 4 total cancelled.

Can you give me the July through September scheduled to arrive to LA?

Thanks

On Thu, Sep 12, 2019 at 2:02 PM Jay Ding <jay@sunhongfoods.com> wrote:
  Please let Natalia and Bill know. We can move it to other warehosue to hold for you guys. But they not going to give us net terms for payment. Could you make sure we get the payments on time for both king containers and storage fees.

 On Thu, Sep 12, 2019, 1:59 PM Zhanna Godkin <zhanna@outstandingfoods.com> wrote:
  Jay

  Can we hold back an additional 2? Warnock is inserting a different product before us.

  On Thu, Sep 12, 2019 at 1:50 PM Jay Ding <jay@sunhongfoods.com> wrote:
   Yes that is already taking into effect this month. Dave cancelled 1-2 month ago. So right now we have only 1.5 containers left from 4.5 container (one should arrive today so we back at 2.5 containers).

   On Thu, Sep 12, 2019 at 9:08 AM Zhanna Godkin <zhanna@outstandingfoods.com> wrote:
    Jay

    There should be 4 total that were cancelled?
    2 by me and 2 by Dave before. Shouldn't 2 of the 9/12, 9/19, 9/26 not be coming?

    On Wed, Sep 11, 2019 at 3:42 PM Jay Ding <jay@sunhongfoods.com> wrote:
     Here is the plan for
     9/12 Coming
     9/19 Pre-cooling waiting to be cut
     9/26 Almost finish Growing.
     10/3 Cancelled (After 20 days on sea, so we will see the missing weeks end of Oct beginning of Nov)
     10/10 Cancelled (After 20 days on sea, so we will see the missing weeks end of Oct beginning of Nov)
     10/17 Resume as normal


     On Tue, Sep 10, 2019 at 11:11 AM Zhanna Godkin <zhanna@outstandingfoods.com> wrote:
      Thanks, Jay.

      Did you speak with the plant?

      On Mon, Sep 9, 2019 at 12:55 PM Jay Ding <jay@sunhongfoods.com> wrote:
       Yes, no problem.  will confirm with china factory tonight and let you know the estimate week these shipments will be cut.

       On Mon, Sep 9, 2019 at 10:24 AM Zhanna Godkin <zhanna@outstandingfoods.com> wrote:
        Hi Jay

2

We have recently moved from 5 days of production at Warnock to 4 days. With this lower throughput, we would like to hold back 2 more containers in China.

Are you able to help us with this?/

Thanks

--



**ZHANNA GODKIN | OPERATIONS MANAGER**

615 HAMPTON DRIVE, SUITE C101. VENICE, CA 90291
**OFFICE:** 310-735-0505 **EXT.** 705 | **CELL:** 414-418-8915

--

**Jay Ding**
Sun Hong Foods, Inc
1105 W Olympic Blvd
Montebello, CA 90640
Phone: 844 466 4246
Fax: 626 773 8188
Direct: 626 877 6266

--



**ZHANNA GODKIN | OPERATIONS MANAGER**

615 HAMPTON DRIVE, SUITE C101. VENICE, CA 90291
**OFFICE:** 310-735-0505 **EXT.** 705 | **CELL:** 414-418-8915

--

**Jay Ding**
Sun Hong Foods, Inc
1105 W Olympic Blvd
Montebello, CA 90640
Phone: 844 466 4246
Fax: 626 773 8188

Direct: 626 877 6266

--

**Jay Ding**
Sun Hong Foods, Inc
1105 W Olympic Blvd
Montebello, CA 90640
Phone: 844 466 4246
Fax: 626 773 8188
Direct: 626 877 6266

--



**ZHANNA GODKIN | OPERATIONS MANAGER**

615 HAMPTON DRIVE, SUITE C101. VENICE, CA 90291
**OFFICE:** 310-735-0505 **EXT.** 705 | **CELL:** 414-418-8915

--



**ZHANNA GODKIN | OPERATIONS MANAGER**

615 HAMPTON DRIVE, SUITE C101. VENICE, CA 90291
**OFFICE:** 310-735-0505 **EXT.** 705 | **CELL:** 414-418-8915

--

**Jay Ding**
Sun Hong Foods, Inc
1105 W Olympic Blvd
Montebello, CA 90640
Phone: 844 466 4246
Fax: 626 773 8188
Direct: 626 877 6266

--



**ZHANNA GODKIN | OPERATIONS MANAGER**

615 HAMPTON DRIVE, SUITE C101. VENICE, CA 90291

**OFFICE:** 310-735-0505 **EXT.** 705 | **CELL:** 414-418-8915

--

**Jay Ding**
Sun Hong Foods, Inc
1105 W Olympic Blvd
Montebello, CA 90640
Phone: 844 466 4246
Fax: 626 773 8188
Direct: 626 877 6266

--

**Jay Ding**
Sun Hong Foods, Inc
1105 W Olympic Blvd
Montebello, CA 90640
Phone: 844 466 4246
Fax: 626 773 8188
Direct: 626 877 6266

--



**ZHANNA GODKIN | OPERATIONS MANAGER**

615 HAMPTON DRIVE, SUITE C101. VENICE, CA 90291

**OFFICE:** 310-735-0505 **EXT.** 705 | **CELL:** 414-418-8915

--



**ZHANNA GODKIN | OPERATIONS MANAGER**

**OFFICE:** 310-735-0505 **EXT.** 705 | **CELL:** 414-418-8915