Kathryn S. Diemer, Esq.
Alexander J. Lewicki, Esq.
DIEMER & WEI, LLP
100 W. San Fernando Street. Suite 555
San Jose, California 95113
Tel: (408) 971-6270
kdiemer@diemerwei.com
alewicki@diemerwei.com

Jason R. Klinowski, Esq.
(*Pro Hac Vice Forthcoming*)
WALLACE JORDAN RATLIFF
& BRANDT LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: (205) 847-0371
jklinowski@wallacejordan.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUN HONG FOODS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OUTSTANDING FOODS, INC., WILLIAM "BILL" GLASER, and DAVID "DAVE" ANDERSON, each individually, and DOES 1 through 10.<br><br>Defendants. | Case No. 2:19-cv-10121-PSG-MAA<br><br>Hon. Philip S. Gutierrez<br><br>**STIPULATION TO RESET HEARING ON PLAINTIFF'S APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT BEFORE JUDGE PHILIP S. GUTIERREZ**<br><br>New Hearing Date: April 13, 2020 |

1

STIPULATION TO RESET HEARING ON PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT

# **STIPULATION**

Plaintiff Sun Hong Foods, Inc. ("Plaintiff") and Defendant Outstanding Foods, Inc. ("Defendant") hereby stipulate as follows:

On December 16, 2019, Plaintiff filed an Application for a Right to Attach Order and Writ of Attachment ("Application") against Defendant. [Dkt. No. 7]. The Application notices a hearing for January 22, 2020 at 10:00 a.m.

On January 9, 2020, a Notice of Appearance was filed by attorney James H. Moon on behalf of Defendant [Dkt. No. 13].

On January 10, 2020, Magistrate Judge Rozella A. Oliver issued a Minute Order requesting that the parties file a status report regarding the pending Application [Dkt. No. 14].

On January 13, 2020, in response to the Court's Minute Order, Plaintiff and Defendant filed a Stipulation to Continue Hearing on Plaintiff's Application for Right to Attach Order and Writ of Attachment from January 22, 2020, to February 12, 2020 [Dkt. No. 16].

On January 13, 2020, Magistrate Judge Rozella A. Oliver issued a Minute Order vacating the January 22, 2020, hearing on the Application [Dkt. No. 17].

The January 13, 2020, Minute Order set the briefing schedule for the Application as follows: (1) Defendant's opposition due by February 5, 2020; and (2) Plaintiff's reply due by February 10, 2020 [Dkt. No. 17].

The January 13, 2020, Minute Order declined to set a hearing date due to the potential for the case to be reassigned to a district judge prior to the proposed hearing date [Dkt. No. 17].

On January 31, 2020, the Court issued a Notice of Reassignment of the case to Judge Philip S. Gutierrez [Dkt. No. 20].

On February 5, 2020, Defendant filed its Opposition to Plaintiff's Application [Dkt. No. 22, 23].

On February 7, 2020, Wendy K. Hernandez, Court Clerk for Judge Philip S. Gutierrez, requested that the parties submit a stipulation and proposed order resetting the hearing on the Application before Judge Philip S. Gutierrez.

On February 10, 2020, Plaintiff filed its Reply in Support of the Application [Dkt. No. 29, 30].

As of February 10, 2020, the Application has been fully briefed.

The next available date for Judge Philip S. Gutierrez to hear a civil motion is April 13, 2020, at 1:30 p.m.

**IT IS HEREBY STIPULATED AND AGREED:**

1. The hearing on Plaintiff's Application for a Right to Attach Order and Writ of Attachment is hereby reset to April 13, 2020, at 1:30 p.m., before the Honorable Philip S. Gutierrez.

**IT IS SO STIPULATED.**

Dated: February 14, 2020          DIEMER & WEI, LLP

/s/ Alexander J. Lewicki
Alexander J. Lewicki
*Attorneys for Plaintiff Sun Hong Foods, Inc.*

Dated: February 14, 2020          DAVIS WRIGHT TREMAINE LLP

/s/ Jacob M. Harper
Jacob M. Harper
*Attorneys for Defendant Outstanding Foods, Inc.*

## FILER'S ATTESTATION

I hereby attest that the concurrence in the filing of this document and the Proposed Order attached hereto has been obtained from all signatories pursuant to Local Rule 5-4.3.4(a)(2)(i). I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2020, at San Jose, California.

DIEMER & WEI, LLP

/s/ Alexander J. Lewicki
Alexander J. Lewicki
*Attorneys for Plaintiff Sun Hong Foods, Inc.*

STIPULATION TO RESET HEARING ON PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT