Kathryn S. Diemer, Esq.
DIEMER & WEI, LLP
55 S Market Street, Suite 1420
San Jose, California 95113
Tel: (408) 971-6270
E-mail: kdiemer@diemerwei.com

Jason R. Klinowski, Esq.
(*Pro Hac Vice Forthcoming*)
WALLACE JORDAN RATLIFF
& BRANDT LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: (205) 847-0371
E-mail: jklinowski@wallacejordan.com

*Attorneys for Sun Hong Foods, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUN HONG FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OUTSTANDING FOODS, INC., WILLIAM "BILL GLASER and DAVID "DAVE" ANDERSON, each individually, and DOES 1 through 10, <br><br> Defendants. | Case No. 2:19-cv-10121-PSG (MAAx) <br><br> **PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO FILE AMENDED COMPLAINT** <br><br> Action Filed: 11/26/2019 |

## PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO FILE AMENDED COMPLAINT

After meeting and conferring with counsel for Defendants, Outstanding Foods, Inc. ("*Outstanding*"), William "Bill" Glaser ("*Glaser*"), and David "Dave" Anderson ("*Anderson*") (collectively the "*Defendants*"), Plaintiff, Sun Hong Foods, Inc. ("*Sun Hong*"), by and through its undersigned counsel, respectfully submits the following Motion to Extend the Deadline to file an Amended Complaint and states as follows:

1. On November 26, 2019, Sun Hong filed its Complaint against Defendants, Outstanding Foods, Inc. ("*Outstanding*"), William "Bill" Glaser ("*Glaser*"), and David "Dave" Anderson ("*Anderson*") (collectively the "*Defendants*") [D.E. #1].

2. On December 18, 2019, Sun Hong obtained personal service on Anderson. [D.E. # 9].

3. On January 6, 2020, counsel for the Defendants accepted service on behalf of Outstanding and Glaser, and the parties stipulated to a deadline of February 7, 2020 for all Defendants to respond to the Complaint [D.E. #11].

4. On January 7, 2020, the Defendants answered the Complaint and filed a Motion to Dismiss [D.E. ## 25 and 24].

5. On March 9, 2020, Sun Hong Responded to the Defendants' Motion to Dismiss, and the Defendants replied to Sun Hong's Response on March 16, 2020 [D.E. ##37 and 43].

2

6. On March 26, 2020, the Court denied the Motion to Dismiss in part, but granted the Motion to Dismiss in part relating to the sufficiency of allegations against Anderson [D.E. # 47].

7. In its Order, the Court allowed Sun Hong to amend its Complaint by April 27, 2020 [D.E. #47].

8. On March 31, 2020, Sun Hong propounded discovery upon Outstanding Foods specifically regarding the allegations against Anderson and the basis for its Amended Complaint, and requested that the Defendants respond to the Discovery by April 20, 2020 if possible.

9. On April 3, 2020, the parties stipulated to set the deadline for the Defendants to respond to the Amended Complaint until May 18, 2020.

10. The Defendants did not respond to the Discovery by April 20, 2020 as Sun Hong requested.

11. Pursuant to Fed. R. Civ. P 33(b)(2) and 34(b)(2)(a), the March 31, 2020 service date created a deadline of April 29, 2020 for Outstanding to respond to the Discovery Sun Hong propounded.

12. As such, Sun Hong's deadline to file its Amended Complaint is before Outstanding's deadline to answer the Discovery, and Sun Hong's amendments to its Complaint are wholly dependent on Outstanding's responses to the Discovery.

WHEREFORE, Sun Hong respectfully requests that this Honorable Court enter an Order extending the deadline for Sun Hong to file an Amended Complaint

until May 5, 2020.

Dated: April 27, 2020

WALLACE JORDAN RATLIFF
& BRANDT LLC

By: *Jason R. Klinowski, Esq.*
   Jason R. Klinowski, Esq.
   *(Pro Hac Vice Forthcoming)*

800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: (205) 847-0371
Fax: (205) 874-3287
E-mail: jklinowski@wallacejordan.com
*Lead Counsel for Sun Hong, Inc.*

Respectfully submitted,

DIEMER & WEI, LLP

By: *Kathryn S. Diemer, Esq.*
   Kathryn S. Diemer, Esq.

55 S Market Street, Suite 1420
San Jose, California 95113
Tel: (408) 971-6270
E-mail: kdiemer@diemerwei.com
*Local Counsel for Sun Hong, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 27, 2020, counsel for Plaintiff Sun Hong, Inc. met and conferred with counsel for Defendants, Outstanding Foods, Inc., William "Bill" Glaser, and David "Dave" Anderson (collectively the "*Defendants*") regarding the foregoing Motion to Extend the Deadline for Sun Hong to File an Amended Complaint. The parties were unable to reach a resolution which would eliminate the necessity of filing this motion.

By: *Kathryn S. Diemer, Esq.*
Kathryn S. Diemer, Esq.

*Local Counsel for Sun Hong, Inc.*