1  Kathryn Diemer, Esq. (SBN 133977)
   DIEMER & WEI, LLP
2  55 S Market Street, Suite 1420
   San Jose, California 95113
3  Tel: (408) 971-6270
   Email: kdiemer@diemerwei.com
4
   Edwin C. Schreiber (SBN 41066)
5  SCHREIBER & SCHREIBER, INC.
   16633 Ventura Boulevard Suite 1245
6  Encino, CA 91436-2068
   Tel: 818-789-2577
7  Email: ed@schreiberlawfirm.com

8  Jason R. Klinowski, Esq.
9  (*Pro Hac Vice*)
   WALLACE JORDAN RATLIFF
10 & BRANDT LLC
11 800 Shades Creek Parkway, Suite 400
   Birmingham, Alabama 35209
12 Tel: (205) 847-0371
   Email: jklinowski@wallacejordan.com
13

14 *Attorneys for Sun Hong Foods, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SUN HONG FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OUTSTANDING FOODS, INC., et al. <br><br> Defendants. | Case No. 2:19-cv-10121-PSG-MAA <br><br> Hon. Philip S. Gutierrez <br><br> **STIPULATION TO CONTINUE CASE DEADLINES** <br><br> [*Proposed Order and Declarations of Kathryn Diemer and James Moon Filed Concurrently*] |

1

Pursuant to Federal Rule of Civil Procedure 29(b) and Civil Local Rule 7-1, Plaintiff Sun Hong Foods, Inc. ("Sun Hong") and Defendants Outstanding Foods, Inc. ("OFI"), and William "Bill" Glaser ("Glaser") (together, the "Parties") jointly submit the below stipulation and request an order extending the discovery cutoffs, pre-trial conference, and trial date by sixty days.

WHEREAS, the Court issued a Scheduling Order on September 8, 2020, setting the discovery cut-off to February 23, 2021, an opening expert witness disclosure deadline of March 2, 2021, a motion deadline of March 9, 2021, rebuttal expert witness disclosure deadline of March 30, 2021, an expert discovery cutoff-off of April 20, 2021, the final pretrial conference for May 17, 2021, and a jury trial for June 1, 2021.

WHEREAS, the Parties previously attended mediation in front of Harris E. Weinberg on August 31, 2020.

WHEREAS, at the previous mediation, OFI successfully settled its claims with Warnock Food Products, Inc. ("WARNOCK") and related parties, who have now been dismissed from this action.

WHEREAS, at the previous mediation, the vast majority of the allotted time was spent resolving the disputes among OFI, WARNOCK, and related parties.

WHEREAS, the Parties have met and conferred and believe that it would be in the best interest of the Parties, as well as the Court, to attempt to further

2

mediate in an effort to resolve the remaining disputes, which could obviate the need for further costly depositions and discovery or Court proceedings.

WHEREAS, the Parties have agreed to a mediation date in March 2021, and have secured a date with mediator Weinberg.

WHEREAS, the parties understand that trials in the district have been delayed based on the current Covid-19 pandemic, and the prospects of a trial are more likely in the fall of 2021 given the rollout of vaccine programs.

WHEREAS, the parties request that this Court extend the current schedule for sixty days, or as soon thereafter as reasonably possible, to allow for the parties to participate in a more focused mediation.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

The parties hereby request that the Court continue the current schedule by approximately 60 days as follows:

1. The Discovery Cut-Off is continued from February 23, 2021 to April 26, 2021;
2. The Motion Cutoff is continued from March 9, 2021 to May 10, 2021;
3. The Expert Discovery Cutoff is continued from April 20, 2021 to June 21, 2021;
4. The Final Pre-Trial Conference is continued from May 17, 2021 to July 19, 2021; and

5. The Jury Trial is continued from June 1, 2021 to August 2, 2021.

Dated: 2/19/21       DIEMER & WEI, LLP

  /s/ *Kathryn S. Diemer*
Kathryn S. Diemer, Esq.
*Counsel for Sun Hong Foods, Inc.*

Dated: 2/19/21       DAVIS WRIGHT TREMAINE LLP

  /s/ *James H. Moon*
James Moon, Esq.
*Counsel for Outstanding Foods, Inc., and William Glaser*

## CERTIFICATION

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: 2/19/21       DIEMER & WEI, LLP

*/s/ Kathryn S. Diemer*

Kathryn S. Diemer, Esq.
*Attorneys for Sun Hong Foods, Inc.*