Kathryn Diemer, Esq. (SBN 133977)
DIEMER & WEI, LLP
55 S Market Street, Suite 1420
San Jose, California 95113
Tel: (408) 971-6270
Email: kdiemer@diemerwei.com

Edwin C. Schreiber (SBN 41066)
SCHREIBER & SCHREIBER, INC.
16633 Ventura Boulevard Suite 1245
Encino, CA 91436-2068
Tel: 818-789-2577
Email: ed@schreiberlawfirm.com

Jason R. Klinowski, Esq.
(*Pro Hac Vice*)
WALLACE JORDAN RATLIFF
& BRANDT LLC
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: (205) 847-0371
Email: jklinowski@wallacejordan.com

*Attorneys for Sun Hong Foods, Inc.*

**DENIED BY ORDER OF THE COURT**

FILED
CLERK, U.S. DISTRICT COURT

2/22/21

CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

link 89

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SUN HONG FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OUTSTANDING FOODS, INC., et al. <br><br> Defendants. | Case No. 2:19-cv-10121-PSG-MAA <br><br> Hon. Philip S. Gutierrez <br><br> [~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE CASE DEADLINES |

1

Pursuant to the Stipulation between the parties, **IT IS HEREBY**

**ORDERED:**

1. The Discovery Cut-Off is continued from February 23, 2021 to April 26, 2021;

2. The Motion Cutoff is continued from March 9, 2021 to May 10, 2021;

3. The Expert Discovery Cutoff is continued from April 20, 2021 to June 21, 2021;

4. The Final Pre-Trial Conference is continued from May 17, 2021 to July 19, 2021; and

5. The Jury Trial is continued from June 1, 2021 to August 2, 2021.

**IT IS SO ORDERED.**

Dated: _____   DENIED

Hon. Philip S. Gutierrez

United States District Court Judge